No. 925. CABOT ET AL. *v.* ALPHEN ET AL.

*Per Curiam:*
The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question. *Richard Wait* for appellants. *William H. Kerr* for Alphen et al., and *John F. Cogan, Jr.* for the Boston Common Garage, Inc., appellees.

No. 15. YATES *v.* UNITED STATES. Certiorari, 350 U. S. 947, to the United States Court of Appeals for the Ninth Circuit. Argued October 9–10, 1956. This case is restored to the calendar for reargument. *Ben Margolis* and *Leo Branton, Jr.* for petitioner. *A. L. Wirin* entered an appearance for petitioner. *Solicitor General Rankin, Assistant Attorney General Tompkins, Kevin T. Maroney* and *Philip R. Monahan* for the United States.

No. 570. BROWN *v.* UNITED STATES. Certiorari, 352 U. S. 908, to the United States Court of Appeals for the Sixth Circuit. Argued April 4, 1957. This case is restored to the calendar for reargument. *Geo. W. Crockett, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Ralph S. Spritzer* and *Beatrice Rosenberg* for the United States.

No. 733, Misc. PEARSON *v.* GRAY, WARDEN. The motion of petitioner to dismiss motion for leave to file petition for writ of habeas corpus is granted.

No. 752, Misc. PANARIELLO *v.* NEW YORK; and
No. 764, Misc. WALKER *v.* MARYLAND. Motions for leave to file petitions for writs of habeas corpus denied.